NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONALD D. GILBERT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7006

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0705, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Upon consideration of Ronald D. Gilbert's motion for an extension of time to obtain counsel,

IT IS ORDERED THAT:

The motion is granted to the extent that Gilbert's initial brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

FEB 07 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ronald D. Gilbert (Informal Brief Form Enclosed)
    K. Elizabeth Witwer, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 07 2012

**JAN HORBALY**
**CLERK**